IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| B.N.G. ENTERPRISES INC., an Arizona corporation,<br><br>                              Plaintiff,<br>        v.<br><br>LAHAR MANUFACTURING, INC., a California corporation; MICHAEL TANDBERG, an individual; and ADAM HOPKINS, an individual,<br><br>                              Defendants. | Case No. 2:12-cv-02239-PHX-SLG |

## ORDER OF DISMISSAL

On March 26, 2013 this Court entered an order (Docket 8) whereby the plaintiff was accorded 14 days in which to file the appropriate proof of service. Since the date of the order, there has been nothing further filed in this case. Therefore, pursuant to Civil Rule 4 (m), this action is hereby DISMISSED.

DATED this 19th day of April, 2013.

                                                                */s/ Sharon L. Gleason*
                                                                United States District Judge